## EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

NAIRUBY L. BECKLES
MARISSA BENAVIDES
DAVID BERMAN
NICK BOURLAND
ANANDA BURRA
EMMA L. FREEMAN
ANDREW K. JONDAHL
SCOUT KATOVICH
NOEL R. LEÓN
HARVEY PRAGER
VIVAKE PRASAD
MAX SELVER

July 7, 2022

*Via ECF and Facsimile*

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007
Fax: 212-805-7942

        Re:    *Emery Celli Brinckerhoff Abady Ward & Maazel LLP v. United States Department of Justice et al.*, No. 21 Civ. 9566

Your Honor:

      We represent Plaintiff in the above-captioned Freedom of Information Act action. We write jointly with Defendants to request an adjournment *sine die* of the initial pretrial conference scheduled for July 15, 2022.

      To date, Defendants have produced three rounds of responsive documents to Plaintiff, and Plaintiff does not intend to litigate further about its entitlement to more documents. Today, Plaintiff conveyed a demand for attorney's fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E) and is awaiting a response from Defendants.

      Accordingly, the parties jointly request that the Court adjourn the July 15, 2022 initial pretrial conference *sine die*. We propose that the parties provide a status update to the Court concerning their negotiations over attorney's fees in thirty (30) days.

                        Respectfully Submitted,

                        /s
                    Katherine Rosenfeld
                    Max Selver

c. All Counsel of Record (via ECF)