### EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

| | | |
|---|---|---|
| JONATHAN S. ABADY<br>MATTHEW D. BRINCKERHOFF<br>ANDREW G. CELLI, JR.<br>RICHARD D. EMERY<br>DEBRA L. GREENBERGER<br>DIANE L. HOUK<br>DANIEL J. KORNSTEIN<br>HAL R. LIEBERMAN<br>ILANN M. MAAZEL<br>KATHERINE ROSENFELD<br>ZOE SALZMAN<br>SAM SHAPIRO<br>EARL S. WARD<br>O. ANDREW F. WILSON | ATTORNEYS AT LAW<br>600 FIFTH AVENUE AT ROCKEFELLER CENTER<br>10TH FLOOR<br>NEW YORK, NEW YORK 10020<br><br>TEL: (212) 763-5000<br>FAX: (212) 763-5001<br>www.ecbawm.com | NAIRUBY L. BECKLES<br>MARISSA BENAVIDES<br>DAVID BERMAN<br>NICK BOURLAND<br>ANANDA BURRA<br>EMMA L. FREEMAN<br>ANDREW K. JONDAHL<br>SCOUT KATOVICH<br>NOEL R. LEÓN<br>HARVEY PRAGER<br>VIVAKE PRASAD<br>MAX SELVER |

July 7, 2022

*Via ECF and Facsimile*

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007
Fax: 212-805-7942

The conference scheduled for July 15, 2022 is adjourned to September 2, 2022, at 10 a.m.

SO ORDERED.

/s/ Alvin K. Hellerstein
July 8, 2022

    Re: *Emery Celli Brinckerhoff Abady Ward & Maazel LLP v. United States Department of Justice et al.*, No. 21 Civ. 9566

Your Honor:

  We represent Plaintiff in the above-captioned Freedom of Information Act action. We write jointly with Defendants to request an adjournment *sine die* of the initial pretrial conference scheduled for July 15, 2022.

  To date, Defendants have produced three rounds of responsive documents to Plaintiff, and Plaintiff does not intend to litigate further about its entitlement to more documents. Today, Plaintiff conveyed a demand for attorney's fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E) and is awaiting a response from Defendants.

  Accordingly, the parties jointly request that the Court adjourn the July 15, 2022 initial pretrial conference *sine die*. We propose that the parties provide a status update to the Court concerning their negotiations over attorney's fees in thirty (30) days.

                 Respectfully Submitted,

                  /s
                Katherine Rosenfeld
                Max Selver

c. All Counsel of Record (via ECF)